Case 15-21031    Filed 03/05/15    Doc 30

# United States Bankruptcy Court
## Eastern District of California

**IN RE:**                                                                                      Case No. **15-21031-C-11**

**Capital Valley Partners, LLC,**                                                 Chapter **11**

Debtor(s)

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **North American Senior Living LLC**<br>**1775 East Main Street, Suite 2**<br>**Medford, OR  97504** | | | | 208,577.46 |
| **Ankrom Moisan Architects**<br>**6720 SW Macadam**<br>**Portland, OR  97219** | | | | 153,605.78 |
| **Downey Brand**<br>**621 Capitol Mall, 18th Floor**<br>**Sacramento, CA  95814** | | | | 54,302.70 |
| **A.P. Thomas Construction, Inc.**<br>**Paul Thomas**<br>**2330 Butano Drive**<br>**Sacramento, CA  95825** | | | Disputed | 32,270.00 |
| **City Of Elk Grove**<br>**8401 Laguna Palms Way**<br>**Elk Grove, CA  95758** | | | | 20,050.94 |
| **Brown, Fink, Boyce & Astle**<br>**83 Scripps Drive, Suite 210**<br>**Sacramento, CA  95825** | | | | 14,032.00 |
| **Huycke O'Conner Jarcis LLP**<br>**823 Alder Creek Drive**<br>**Medford, OR  97504** | | | | 8,124.00 |
| **Integra Realty Resources**<br>**1708 Q Street**<br>**Sacramento, CA  98511** | | | | 6,500.00 |
| **Valley Utility Services**<br>**1779 Tribute Road, Ste. B**<br>**Sacramento, CA  95815** | | | | 5,325.00 |
| **County Of Sacramento**<br>**P.O. Box 1587**<br>**Sacramento, CA  95812** | | | | 5,300.00 |
| **Gallina CPA**<br>**2870 Gold Trailings Court (200)**<br>**Rancho Cordova, CA  95670** | | | | 5,240.00 |
| **Yamasaki Landscape Architecture**<br>**1223 High Street**<br>**Auburn, CA  95603** | | | | 4,520.00 |
| **Youngdahl Consulting Group, Inc.**<br>**1234 Glenhaven Court**<br>**El Dorado Hills, CA  95762** | | | | 1,490.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **CT Corporation** | **925 287 2911** | **365.00** |
| **Walnut Creek Corporate Team 1** | | |
| **1350 Treat Blvd, Ste. 350** | | |
| **Walnut Creek, CA  94597** | | |

| | |
|---|---|
| **Sycamore Environmental Consutants, Inc.** | **307.50** |
| **6355 Riverside Blvd. Ste. C** | |
| **Sacramento, CA  95831** | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **March  5, 2015**     Signature: */s/ John Ferguson*

**John Ferguson, Managing Member**
(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only