3
Stephen M. Reynolds  CSB 148902
**Reynolds Law Corporation**
424 Second Street, Ste. A
Davis, CA  95616
530 297 5030 telephone
530 297 5077 facsimile
sreynolds@lr-law.net  email

Proposed Attorneys for Debtor-in-Possession
Capital Valley Partners, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re:

    Capital Valley Partners,

    Debtor

Case No.    15-21031

Date:       April 8, 2015
Time:       10:00 a.m.
Dept:       C
Courtroom   35, 6th Floor
Judge:      Klein

**PRELIMINARY STATUS REPORT**

TO THE HONORABLE CHRISTOPHER M. KLEIN, U.S. BANKRUPTCY JUDGE

Debtor Capital Valley Partners, LLC filed the present Chapter 11 case on February 11, 2015.  Debtor has continued as debtor-in-possession since that time.

1. **History of the Debtor:** Debtor is a Single Asset Real Estate entity and owns a 75 acre parcel located at the intersection of Grant Line and Waterman Road in Elk Grove, California.  Approximately 21 acres are required for roadway and open space dedications leaving 54 net usable acres and nine lots.  Debtor acquired the property on July 15, 2011 for $1,850,000.  Debtor has two principals, John Ferguson and Terra Equities & Development LLC.  Ferguson owns 80% and Terra Equities 20%.  Both Ferguson and the principal of Terra Equities have enjoyed success developing real property.  Significant progress has been made in engineering, design and planning approvals.  Debtor has or will soon have purchase agreements for three of nine lots (approximately 18.32 acres

preliminarily approved. The three lots represent 18.32 of the 54 net usable acres. The City of Elk Grove requires approximately offsite improvements to finalize the proposed lot splits; the budget for these improvements is $3,750,000 which includes a $500,000 contingency. Anticipated sales proceeds for the three lots should generate $6,025,000.   Additional borrowing is anticipated to fund the offsite improvements.

The immediate cause of the present case was the maturation of a bridge loan in the approximate amount of $3,289,000.  The creditor holding the claim was Arcus Secured Loan Fund, LLC.  Debtor understands that the Arcus Note has been transferred to Ladera Triangle Point, LLC.  Debtor negotiated with Arcus to the proverbial 11th hour but was forced to file the present case when no compromise was reached.  Debtor does not believe that Arcus negotiated in good faith.  A second factor was the failure of a prior potential purchaser to move forward on the purchase of one of the three lots debtor now anticipates receiving a purchase agreement for.

2. **Type of Plan:**  Debtor anticipates a reorganization type plan.

3. **Cramdown:**  Debtor anticipates creditor acceptance of a reorganization Plan and does not anticipate resort to 1129(b).  With the exception of Arcus Secured Loan Fund, LLC debtor has had good relations with the creditors in this case.  Many of the significant unsecured claim holders have provided services to the debtor in the past and are anticipated to provide services in the future to complete the project.

4. **Valuation of Assets:**  It is not anticipated that there will be litigation regarding the value of assets other than as may be required for further borrowing as discussed below.

5. **Cash Collateral and Adequate Protection:**  Debtor receives no rents or other ongoing income so there are no cash collateral issues.  Debtor anticipates borrowing during the case to fund the offsite improvements required by the City of Elk Grove and possibly as a means of reducing or eliminating existing claims.

6. **Adversary Proceedings**: At present debtor does not anticipate any adversary proceedings to confirm or implement a plan of reorganization.

7. **Environmental Issues:** No environmental issues are anticipated. The real property has historically been used for dry farming/pasture. A Phase 2 environmental review has been completed.

8. **Objections to Claims:** One unsecured claim was listed as disputed as to amount only. The amount owing will likely be resolved upon review of invoices. It is unknown what fees and charges Arcus Secured Loan Fund, LLC may claim.

9. **Post-confirmation Sale of Assets:** It is anticipated that three of the nine parcels owned by the debtor will be sold in the first months of this case. The sales and anticipated post-petition borrowing will likely be coordinated and presented in conjunction with a Plan of Reorganization.

Dated: March 11, 2015                               by: /s/ Stephen M. Reynolds
                                                    Stephen M. Reynolds
                                                    Attorney for Debtor in Possession
                                                    Capital Valley Partners, LLC