# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Capital Valley Partners, LLC | **Case No :** <br> **Date :** <br> **Time :** | 15–21031 – C – 11 <br> 07/22/2015 <br> 10:00 |
| **Matter :** | [147] – Amended 45 Disclosure Statement (kwis) | | |
| **Judge :** <br> **Department :** | Christopher M. Klein <br> C | **Courtroom Deputy :** <br> **Reporter :** | Sheryl Arnold <br> NOT RECORDED |
| **APPEARANCES for :** <br> **Movant(s) :** <br> **Respondent(s) :** | | | |

HEARING CONTINUED TO: 7/28/15 at 10:30 AM

Pursuant to stipulation of parties.