Stephen M. Reynolds, CSB 148902
**Reynolds Law Corporation**
424 Second Street, Suite A
Davis, CA 95616
530 297 5030 Telephone
530 297 5077 Facsimile
sreynolds@lr-law.net  Email

Attorneys for Debtor and
Debtor-in-Possession
Capital Valley Partners, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Case No. | 15-21031-C-11 |
| | ) | DCN: | RLC-11 |
| | ) | Date: | July 28, 2015 |
| Capital Valley Partners, LLC | ) | Time | 9:30 a.m. |
| | ) | Dept: | C |
| Debtor | ) | Ctrm: | 35 |
| _____ ) | | Judge: | Klein |

**REPLY TO OPPOSITION BY LADERA TRIANGLE POINT, LLC TO DEBTOR'S MOTION FOR SALE OF REAL PROPERTY OF THE ESTATE FREE & CLEAR OF LIENS**
**[11 U.S.C. §363(f)]**

Debtor hereby replies to the opposition of Ladera Triangle Point, LLC to Debtor's motion to sell real property of the estate.

1. Debtor intends to sell the entire 75 acres without any requirement for zoning changes or approvals. The language in section 4.14 of the Purchase and Sale Agreement shall be abrogated.

---
REPLY TO OPPOSITION TO MOTION FOR SALE OF REAL PROPERTY OF THE ESTATE

2. Debtor intends to pay Ladera Triangle Point LLC through escrow at the close of the proposed sale.  Debtor proposes that language be included in the Order Approving Sale to this effect.

3. The proposed purchaser will provide $175,000 in a nonrefundable deposit at the time of the hearing.

Dated: July 22, 2015, 2015            **REYNOLDS LAW CORPORATION**

 /s/ Stephen M. Reynolds
Stephen M. Reynolds
Attorneys for Capital Valley Partners, LLC

REPLY TO OPPOSITION TO MOTION FOR SALE OF REAL PROPERTY OF THE ESTATE

PAGE 2