# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Capital Valley Partners, LLC | **Case No :**<br>**Date :**<br>**Time :** | 15–21031 – C – 11<br>07/28/2015<br>10:30 |
| **Matter :** | Status Conference – [1] – Chapter 11 Voluntary Petition. Missing Document(s): Summary of Schedules; Schedule A – Real Property; Schedule B – Personal Property; Schedule D – Secured Creditors; Schedule E – Unsecured Priority Creditor; Schedule F – Unsecured Nonpriority Creditor; Schedule G – Executory Contracts; Schedule H – Codebtors; Statement of Financial Affairs; Statement Re: Corporate Debtor; List – Equity Security Holders; Attorney's Disclosure Stmt.; Document(s) due by 02/25/2015. (Fee Paid $1717.00) (eFilingID: 5444621) | | |
| **Judge :**<br>**Department :** | Christopher M. Klein<br>C | **Courtroom Deputy :**<br>**Reporter :** | Sheryl Arnold<br>Diamond Reporters |

**APPEARANCES for :**
**Movant(s) :**
　　Debtor(s) Attorney – Stephen Reynolds
**Respondent(s) :**
　　Creditor's Attorney – Jason Rios for Ladera Triangle Point, LLC, Kenneth Frieze for Rohrer, et al

STATUS CONFERENCE CONTINUED TO: 9/23/15 at 10:00 AM