3
**JASON BLUMBERG, NY State Bar No. 4055257**
Trial Attorney
ANTONIA G. DARLING, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916) 930-2100 / Fax (916) 930-2099
Antonia.Darling@usdoj.gov
Jason.blumberg@usdoj.gov

Attorneys for United States Trustee,
Region 17, Tracy Hope Davis

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 15-21031-C-11 |
| | DC No.: UST-1 |
| **CAPITAL VALLEY PARTNERS, LLC,** | |
| | Date: September 23, 2015 |
| | Time: 10:00 a.m. |
| | Dept.: C |
| Debtor. | Courtroom: 35 |
| _____/ | |

**NOTICE OF MOTION OF THE UNITED STATES TRUSTEE
FOR ORDER CONVERTING OR DISMISSING CASE**

TO THE HONORABLE CHRISTOPHER M. KLEIN, U.S. BANKRUPTCY JUDGE; THE DEBTOR; THE DEBTOR'S COUNSEL; AND OTHER PARTIES IN INTEREST:

The United States Trustee has filed papers with the court to ask the court to convert this case to chapter 7 or to dismiss it.  Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

1

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, you or your attorney must do the following no later than **September 9, 2015**:

(1) File an answer, explaining your position, at:

>U.S. Bankruptcy Court
>501 "I" Street, Suite 3-200
>Sacramento, CA 95814

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

(2) You must also mail a copy to:

>Office of the United States Trustee
>501 "I" Street, Suite 7-500
>Sacramento, CA 95814-2322

You or your attorney must also attend the hearing scheduled to be held on **September 23, 2015**, at 10:00 a.m., in Courtroom 35 of the United States Bankruptcy Court, 501 "I" Street, 6th Floor, Sacramento, CA 95814.

If you or your attorney do not appear at the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**FAILURE TO RESPOND TO THIS MOTION BY SEPTEMBER 9, 2015 MAY RESULT IN THE GRANTING OF THE MOTION WITHOUT FURTHER OPPORTUNITY FOR YOU TO RESPOND OR ADDRESS THE COURT.  AS PROVIDED IN THE LOCAL RULES, THE COURT MAY RESOLVE MOTIONS WITHOUT ORAL ARGUMENT IN THE EVENT NO TIMELY OPPOSITION IS FILED**

Executed in Sacramento, California on July 30, 2015.

                    Respectfully submitted,

                    TRACY HOPE DAVIS
                    UNITED STATES TRUSTEE


                    By: /s/ Jason Blumberg
                    JASON BLUMBERG

                    Office of the United States Trustee
                    501 "I" Street, Suite 7-500
                    Sacramento, CA 95814-2322
                    Direct Phone: (916) 930-2076
                    Fax: (916) 930-2099
                    E-mail: Jason.blumberg@usdoj.gov