1  JASON E. RIOS, State Bar No. 190086
FELDERSTEIN FITZGERALD

2  WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750

3  Sacramento, CA  95814
Telephone: (916) 329-7400

4  Facsimile: (916) 329-7435
jrios@ffwplaw.com

5

6  Attorneys for Ladera Triangle Point, LLC

7

8  UNITED STATES BANKRUPTCY COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  SACRAMENTO DIVISION

11  In re:    CASE NO.: 15-21031-C-11

12  CAPITAL VALLEY PARTNERS,    Chapter 11
LLC,

13    DCN:  FWP-1

    Debtor.

14    Date:      July 28, 2015
    Time:      10:30 a.m.

15    Judge:     Hon. Christopher M. Klein
    Courtroom:  35, Department C

16

17  **ORDER GRANTING LADERA TRIANGLE POINT, LLC'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY**

18      The Motion for Relief from the Automatic Stay (the "Motion") filed by secured creditor

19  Ladera Triangle Point, LLC ("Ladera"), came on for continued hearing on July 28, 2015 at 10:30

20  a.m. before the Honorable Christopher M. Klein, Bankruptcy Judge, in Courtroom 35,

21  Department C, of the United States Bankruptcy Court, 501 I Street, 6th Floor, Sacramento,

22  California 95814.   Jason E. Rios of Felderstein Fitzgerald Willoughby and Pascuzzi LLP

23  appeared on behalf of Ladera.  Stephen M. Reynolds of the Reynolds Law Corporation appeared

24  on behalf of the debtor, Capital Valley Partners, LLC (the "Debtor").  Other appearances were

25  noted on the record.  Written opposition to the Motion was filed by the Debtor, the Rohrer

26  creditors, and Tom Sneva.

27      Upon consideration of the Motion, the pleadings and evidence, including any

28  supplemental pleadings and evidence, submitted in support of and in opposition to the Motion,

RECEIVED
July 30, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005583036

the arguments and statements presented at the initial hearing of the Motion on June 2, 2015, the continued hearing of the Motion on July 8, 2015, and the final hearing on the Motion on July 28, 2015, the Court's files and records in this bankruptcy proceeding, and upon the Court finding that notice of the Motion was sufficient under the circumstances and that no further notice need be provided, and sufficient cause appearing for the reasons stated on the record,

**IT IS HEREBY ORDERED,**

1.     The Motion is granted.

2.     The automatic stay of 11 U.S.C. § 362(a) (the "Automatic Stay") is hereby modified and Ladera, its agents, employees, successors and assigns are granted full and complete relief from the Automatic Stay with respect to Ladera's interests in the real property commonly known as 10240 Grant Line Road, Elk Grove, CA (APN No. 134-0182-001), and Ladera's interests in other collateral related thereto, including personal property (collectively, the "Triangle Point Property").

3.     Ladera may do all things and take all action to exercise any and all rights and remedies available to it with respect to the Triangle Point Property in accordance with applicable state law. Without limiting the foregoing, Ladera may initiate, continue, and/or complete state law non-judicial foreclosure of the Triangle Point Property.

APPROVED:

REYNOLDS LAW CORPORATION

By: _____
       Stephen M. Reynolds
       Attorneys for Chapter 11 Debtor

Dated: July 31, 2015

_____
United States Bankruptcy Judge

Order Granting Motion for
Relief from Stay

-2-