3
Stephen M. Reynolds, CSB 148902
**Reynolds Law Corporation**
424 Second Street, Suite A
Davis, CA 95616
530 297 5030 Telephone
530 297 5077 Facsimile
sreynolds@lr-law.net  Email

Attorneys for Chapter 11 Debtor
Capital Valley Partners, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In re: | ) | Case No. | 15-21031-C-11 |
|---|---|---|---|
| | ) | DCN: | RLC-13 |
| Capital Valley Partners, LLC | ) | Date: | September 23, 2015 |
| | ) | Time | 10 a.m. |
| | ) | Dept: | C |
| Debtor | ) | Ctrm: | 35, 6th Floor |
| _____ | ) | Judge: | Klein |

**NOTICE OF MOTION FOR FINAL ALLOWANCE OF FEES AND COSTS AS COUNSEL FOR DEBTOR**
**[11 U.S.C. § 330]**

PLEASE TAKE NOTICE that on September 23, 2015, before the Honorable Christopher Klein, United States Bankruptcy Court Judge, located in Department C, Courtroom 35, 6th Floor of the above-captioned Court located at 501 I Street, Sacramento, CA 95814, Stephen M. Reynolds, on behalf of Capital Valley Partners, LLC, will move the Court for an order allowing final compensation to Stephen M. Reynolds as counsel for debtor and for such other and further relief as the Court deems proper.  Reynolds is seeking final fees and expenses in the amount of $62,985 of which $34,111 was previously awarded.

The motion will be based on this Notice, the Motion for Final Allowance of Fees and Costs as Counsel for Debtor, the Declaration of Stephen M. Reynolds, as well as the papers on

file in the bankruptcy case and on such argument or evidence as may be presented at the hearing on the Motion.

**YOU ARE FURTHER NOTIFIED** that pursuant to Local Rule 9014-1(f) opposition, if any, to the Motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition must be filed with the clerk of the Court, and served upon counsel for Capital Valley Partners, LLC, Stephen M. Reynolds, 424 Second Street, Suite A, Davis, CA 95616 and upon the Office of the US Trustee, 501 "I" Street, Suite 7-500, Sacramento, CA 95814. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

Moreover, under Local Rule 9014-1(f), the opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to Federal Rule of Civil Procedure 43(e) as made applicable by Federal Rule of Bankruptcy Procedure 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the objection and all disputed material factual issues pursuant to Federal Rule of Civil Procedure 43(e).

NOTICE OF MOTION FOR FINAL ALLOWANCE OF FEES AND COSTS AS COUNSEL FOR DEBTOR

Parties responding to the motion are urged to consult the local rules of practice which, among other sources, is available at the Court's website located at www.caeb.uscourts.gov/.

Dated: August 22, 2015               **Reynolds Law Corporation**

/s/ Stephen M. Reynolds
Stephen M. Reynolds
Attorneys for Debtor
Capital Valley Partners, LLC

NOTICE OF MOTION FOR FINAL ALLOWANCE OF FEES AND COSTS AS COUNSEL FOR DEBTOR