3
Stephen M. Reynolds, State Bar No. 148902
**Reynolds Law Corporation**
424 Second Street, Suite A
Davis, CA 95616
(530) 297 5030 voice
(530) 297 5077 facsimile
email sreynolds@lr-law.net

Attorneys for Chapter 11 Debtor
Capital Valley Partners, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.   15-21031-C-11 |
| | DCN:      RLC-13 |
| Capital Valley Partners, LLC, | Date:      September 23, 2015 |
| | Time:      10:00 a.m. |
| | Dept:      C |
| | Ctrm:      35, 6th Floor |
| Debtor | Judge:     Klein |

**DECLARATION OF STEPHEN M. REYNOLDS IN SUPPORT OF MOTION FOR FINAL ALLOWANCE OF FEES AND COSTS AS COUNSEL FOR DEBTOR**

**[11 U.S.C. § 330]**

I, Stephen M. Reynolds, declare as follows:

　　　1.　　I am an attorney admitted to practice before all of the Courts of the State of California as well as this Court.

　　　2.　　If called as a witness, I could and would provide competent testimony as to the matters set forth in this Declaration from my own personal knowledge unless otherwise stated.

　　　3.　　My employment in this matter was approved on April 1, 2015.

　　　4　　I have provided the following services regarding this matter: filed a completed petition and schedules; represented Debtor at the First Meeting of Creditors; filed the Preliminary Status Report as well as multiple    motions asking for Court approval of the sale

of various parcels owned by Debtor.  Counsel also filed a motion for financing.  Counsel assisted Debtor in meeting the Monthly Operating Report duties and appeared on behalf of Debtor at Status Conferences set by the Court throughout the case.

4.      The fees and costs sought by this motion total $62,985.  A true and correct copy of my billing records with respect to the fees and expenses is filed concurrently as an exhibit in support of this motion.

5.      Attached to the exhibit filed concurrently with this motion and declaration are true and correct copies of times sheets used in our office ("Reynolds Law Corporation, Invoice dated July 31, 2015") for the period May 1, 2015 through July 30, 2015.  Fees are not being sought in connection with the present motion given that less than $6,000 remains in my client trust account.  These time records set forth the specific services rendered by Counsel in this case and the services have been broken down into task billing categories.  These categories and the amounts calculated for each category are as follows:

| CATEGORY | HOURS | FEES |
|---|---|---|
| Asset Analysis | 6.4 | $1,920 |
| Asset Disposition | 37.85 | $9,900 |
| Case Administration | 3.8 | $1,141 |
| Interim Fee Application | 1.4 | $420 |
| Financing | 24.4 | $7,320 |
| Litigation | 3.7 | $1,110 |
| Plan Statement | 5.5 | $1,650 |
| Relief from Stay | 15.7 | $4,710 |
| **TOTAL** | **93.9** | **$28,170** |

## DESCRIPTION OF SERVICES

6.    The largest categories of charges are Asset Disposition, Plan Statement and Case Administration.  Asset Disposition, the largest category, involved the following:  1) research for and preparation of motions relating to the sale of various parcels of property owned by Debtor, and; 2) multiple telephone conferences with Debtor and interested purchasers regarding potential costs and negotiations for sale price.  The Financing category involved discussions regarding various financing options and discussions with potential lenders.  The Plan Statement category involved: 1) legal research for and drafting the Plan and Disclosure Statement, and; 2) multiple discussions with Debtor and outside parties regarding plan treatment of claims and potential costs of offsite improvements.  Case Administration included: 1) preparing schedules and statements; 2) discussions and meetings with Debtor regarding case strategy, and; 3) attend first status conference.  Compensation is not sought for the fees associated with the preparation of the present motion, hours spent since July 31, 2015 or costs associated with postage or copy costs.

## DISCLOSURES AND REPRESENTATIONS

7.    I have not entered into any agreement with any person for the purpose of fixing the fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, nor have I entered into an agreement with any person for the sharing of compensation to be received for services rendered or to be rendered in connection with this case.

8.    I believe that the reasonable value to the bankruptcy estate of the services rendered in this case equals or exceeds the compensation sought by this motion and that the compensation requested by this motion is fair, reasonable and necessary to the estate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Davis, California.

/s/ Stephen M. Reynolds

Stephen M. Reynolds