```
 1  16
    Stephen M. Reynolds, CSB 148902
 2  **Reynolds Law Corporation**
    424 Second Street, Suite A
 3  Davis, CA 95616
    530 297 5030 Telephone
 4  530 297 5077 Facsimile
 5  sreynolds@lr-law.net  Email

 6
    Attorneys for Chapter 11 Debtor
 7  Capital Valley Partners, LLC
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In re: | ) | Case No. | 15-21031-C-11 |
|---|---|---|---|
|  | ) | DCN: | RLC-13 |
| Capital Valley Partners, LLC | ) | Date: | September 23, 2015 |
|  | ) | Time | 10:00 a.m. |
| Debtor | ) | Dept: | C |
|  | ) | Ctrm: | 35 |
|  | ) | Judge: | Klein |

**EXHIBIT IN SUPPORT OF MOTION FOR FINAL ALLOWANCE OF
FEES AND COSTS AS COUNSEL FOR DEBTOR**

Debtor Capital Valley Partners, LLC respectfully requests that this Court to take judicial notice of the following pursuant to Federal Rule of Evidence 201.

1. Reynolds Law Corporation Billing Invoice dated July 31, 2015.

Date: August 22, 2015                              **Reynolds Law Corporation**


                                           /s/ Stephen M. Reynolds
                                           Stephen M. Reynolds
                                           Attorney for Debtor
                                           Capital Valley Partners, LLC

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date
7/31/2015

Invoice #
111

**Bill To**

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #
2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis | 2/25/2015 | Telephone call with potential client. (.4) Review documents filed in case, review documents provided by client, review online information. (4.1) | 4.50000 | 300.00 | 1,350.00 |
| Asset Analysis | 2/27/2015 | Prepare for meeting with Mr. Ferguson. (.6) Joint telephone call with Patricia Lyon regarding substitution, filings, completing schedules and statements, client trust funds. (.3) Tcw Mr. Stipples regarding case status, input. (.3) Draft and efile application to employ, declaration and proposed order. (1.0) Meet with Mr. Ferguson, review supplied documents, discuss schedules, statements, IDI documents, borrowing by debtor, Plan of Reorganization and case timing. (2.5) Work on schedules. (.4) | 5.10000 | 300.00 | 1,530.00 |
| Business Operations | 2/27/2015 | Prepare for and telephone call with Mr. Sassoon of Fischer Enterprises. (.4) | 0.40000 | 300.00 | 120.00 |
| Case Administration | 2/28/2015 | Phone calls and emails with Mr. Ferguson regarding schedules, meeting with Mr. Walker. (.4) Phone call with Fischer Enterprises re potential backup loan. (.3) Work on schedules (1.5) Efiling application to employ, supervise service. (.3) | 2.50000 | 300.00 | 750.00 |
| Case Administration | 2/28/2015 | Prepare draft schedules and statements for client review. Amend 20 largest creditor list, creditor matrix to add creditor. Email copies to Mr. Ferguson, Mr. Stiplosek. (2.0) Review IDI documents. (.4) | 2.40000 | 300.00 | 720.00 |
| Case Administration | 2/28/2015 | Schedule Preparation. (2.0) | 2.00000 | 300.00 | 600.00 |
| Asset Analysis | 3/2/2015 | Preparation and phone call with Mr. Ferguson and Mr. Walker of La Jolla Cove Investors. (1.2) Meet with Paul Stiplosek regarding case status. (1.5) | 2.70000 | 300.00 | 810.00 |
| Case Administration | 3/2/2015 | Review case law regarding employment of accountant holding an unsecured claim. (.5) | 0.50000 | 300.00 | 150.00 |
| Creditor Meeting | 3/3/2015 | Email exchange with Ms. Cordero regarding IDI documents. (.3) Review, assemble and draft IDI documents, remaining schedules. Email exchanges with Mr. Ferguson. (2.1) | 2.40000 | 300.00 | 720.00 |
| Asset Analysis | 3/3/2015 | Review FCM Development purchase agreement, email and phone call with Mr. Stiplosek re same. (.6) Tcw Mr. Ferguson regarding IDI and FCM offer. (.3) | 0.90000 | 300.00 | 270.00 |
| Creditor Meeting | 3/3/2015 | Review IDI documents and schedules. (1.0) | 1.00000 | 300.00 | 300.00 |

**Total**

**Payments/Credits**

**Balance Due**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date
7/31/2015

Invoice #
111

**Bill To**

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #
2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| Asset Analysis | 3/4/2015 | Tcw Mr. Stiplosek re take out loan for Arcus. (.2)  Tcw Mr. Rios re Ladera/Arcus, case status, creditors position. (.3) | 0.50000 | 300.00 | 150.00 |
| Asset Disposition | 3/4/2015 | Joint phone call with principals, representatives of KB Homes, N.A. Senior Living, Burrell, Architect. (1.5) Preparation for joint phone call. (.4) | 1.90000 | 300.00 | 570.00 |
| Creditor Meeting | 3/5/2015 | Review and revise IDI documents, transmit final version and supporting documents to Carla Cordero of US Trustee. Various phone calls and emails with John Ferguson. (2.5) Draft and efile Statement regarding single asset case. (.5) Begin drafting Preliminary Status Report. (.8)  Finalize remaining schedules and statements, efile.  Phone calls and emails with Mr. Ferguson re: same. (1.0) | 4.80000 | 300.00 | 1,440.00 |
| Creditor Meeting | 3/6/2015 | Draft Preliminary Status Report. (1.2) | 1.20000 | 300.00 | 360.00 |
| Case Administration | 3/6/2015 | Drafting and revising preliminary status report.  Emails with Mr. Ferguson and Mr. Stiplosek re same. (1.8) | 1.80000 | 300.00 | 540.00 |
| Case Administration | 3/9/2015 | Capital Valley.  Review documents for plan preparation. (1.0) Review schedules and 327 issues.  (.6) Review schedules and statements. (.5)  Phone calls and emails with Mr. Ferguson re IDI. (.4) | 2.50000 | 300.00 | 750.00 |
| Creditor Meeting | 3/10/2015 | Prepare for travel to and attend IDI with Mr. Ferguson and Carla Cordero. (3.0)  Meet with Mr. Ferguson after IDI to discuss Plan. (.5) | 3.50000 | 300.00 | 1,050.00 |
| Case Administration | 3/11/2015 | Phone call with UST re 327 issues, ideas. (.3)  Brief call with Mr. Stiplosek re mtg. (.1) | 0.40000 | 300.00 | 120.00 |
| Case Administration | 3/11/2015 | Meet with Paul Stiplosek re additional borrowing, plan of reorganization. (1.4)  Review La Jolla Cove Investors LOI. (.8)  Phone call with John Ferguson re: La Jolla Cove LOI, cash flow projections. (.4)  Begin drafting Plan of Reorganization. (.4) | 2.60000 | 300.00 | 780.00 |
| Case Administration | 3/11/2015 | Review notice of filing, compare docket against list of missing documents. (.2)  Finalize Preliminary Status Report, efile and arrange for service. (.5) | 0.70000 | 300.00 | 210.00 |
| Case Administration | 3/12/2015 | Review and transmit proof of insurance to US Trustee. (.2) | 0.20000 | 300.00 | 60.00 |

**Total**

**Payments/Credits**

**Balance Due**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date
7/31/2015

Invoice #
111

**Bill To**

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #
2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Financing | 3/12/2015 | Telephone call with Mr. Feguson regarding source and use spreadsheet. (.6)  Tcw Mr. Stiplosek regarding priming loan, takeout financing, new capital. (.3)  Email to Mr. Rios regarding financing from Landera. (.4) | 1.30000 | 300.00 | 390.00 |
| Plan Statement | 3/12/2015 | Drafting Plan. (.8) | 0.80000 | 300.00 | 240.00 |
| Financing | 3/13/2015 | Multiple phone calls with Mr. Ferguson and Mr. Miller regarding potential borrowing from La Jolla Cove.  Review Letter of Intent. (.7)  Discuss Fisher Enterprises interest with Mr. Ferguson and Mr. Stiplosek. (.4) | 1.10000 | 300.00 | 330.00 |
| Case Administration | 3/13/2015 | Review draft MOR, email and phone call with Mr. Ferguson. (.5) | 0.50000 | 300.00 | 150.00 |
| Case Administration | 3/14/2015 | Review monthly operating report, email to Mr. Ferguson. (.2) | 0.20000 | 300.00 | 60.00 |
| Case Administration | 3/14/2015 | Review, add bank statements and efile signed Monthly Operating Report. (.25) | 0.25000 | 300.00 | 75.00 |
| Plan Statement | 3/14/2015 | Draft Disclosure Statement. (1.1) | 1.10000 | 300.00 | 330.00 |
| Plan Statement | 3/15/2015 | Drafting Disclosure Statement. (1.5) | 1.50000 | 300.00 | 450.00 |
| Creditor Meeting | 3/16/2015 | Emails in response to Mr. Ferguson's questions. (.4) | 0.40000 | 300.00 | 120.00 |
| Asset Analysis | 3/16/2015 | Email and analysis in response to Mr. Stiplosek's email regarding bulk sale of entire project.  Analysis of secured and unsecured claims. (.5) | 0.50000 | 300.00 | 150.00 |
| Asset Disposition | 3/16/2015 | Phone call with Mr. Stiplosek and additional email regarding potential bulk sale, discussion of allocation of sales proceeds.  Discussion of whether to include in Plan or to modify Plan if acceptable offer is available. (.4) | 0.40000 | 300.00 | 120.00 |
| Creditor Meeting | 3/16/2015 | Prepare for, travel to and attend creditor meeting.  Meet with Mr. Ferguson after meeting. (3.7) | 3.70000 | 300.00 | 1,110.00 |
| Asset Disposition | 3/17/2015 | Tcw Ken Rieff regarding gas station site, marketing, email copy of current site plan. (.4)  Begin review of lot 8 purchase agreement. (.4) | 0.80000 | 300.00 | 240.00 |
| Plan Statement | 3/18/2015 | Meet briefly with Jake Rios regarding priming loan with Ladera, options for Plan and improvements to Ladera collateral. (.2)  Tcw Mr. Stiplosek regarding plan, business plan, impediments to closing. (.3)  Draft Disclosure Statement. (1.0) | 1.50000 | 300.00 | 450.00 |
| Case Administration | 3/18/2015 | Tcw Mr. Ferguson regarding loan application fee with Fisher Enterprises, research and email re: same. (.4) | 0.40000 | 300.00 | 120.00 |

**Total**

**Payments/Credits**

**Balance Due**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date: 7/31/2015

Invoice #: 111

**Bill To**

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #: 2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| Plan Statement | 3/19/2015 | Extended phone call with John Ferguson regarding loans, sources and uses. (.75) | 0.75000 | 300.00 | 225.00 |
| Asset Disposition | 3/20/2015 | Prepare for, participate in conference call with David Franklin, Phillip Newman, John Ferguson, Ken Astle and Paul Stiplosek re priming loan. (1.5) | 1.50000 | 300.00 | 450.00 |
| Plan Statement | 3/21/2015 | Conference call with Paul Stiplosek and John Ferguson regarding priming loan, payment schedule. (.4) | 0.40000 | 300.00 | 120.00 |
| Plan Statement | 3/24/2015 | Prepare for and participate in meeting with Mr. Stiplosek and Mr. Ferguson. (2.0) | 2.00000 | 300.00 | 600.00 |
| Financing | 3/24/2015 | Tcw Mr. Stiplosek regarding March 23 meeting. (.3) Review Advisco term sheet. (.3) Tcw Mr. Ferguson re term sheet, local rules, email re same. (.3) | 0.90000 | 300.00 | 270.00 |
| Financing | 3/25/2015 | Conference call with Mr. Ferguson, Mr. Stiplosek and Advisco Capital. (1.0) Follow up call with Mr. Stiposek. (.4) Phone call with Mr. Ferguson, discussion of advances from Becker, elimination of priming Advisco loan. (1.0) Tcw Mr. Ken Reiff regarding offer to purchase Parcel 5, email to Mr. Ferguson requesting Exhibit D. (.4) | 2.80000 | 300.00 | 840.00 |
| Asset Disposition | 3/26/2015 | Review Parcel 9 Purchase Agt. and Prelim Title Report, email to Ken Reiff, email to Mr. Ferguson re occupancy punch list. (.4) | 0.41667 | 300.00 | 125.00 |
| Plan Statement | 3/26/2015 | Meeting with Paul Stiplosek regarding plan, new financing. (1.25) Tcw Mr. Aplass regarding engineering required for parcel 5, parcels 8 and 9, plan treatment of mechanics lien claim. (.3) Tcw Mr. Ferguson regarding plan treatment of Roher and Sneva claims, parcel 5 offsite improvements. (.4) | 1.95000 | 300.00 | 585.00 |
| Claims | 3/26/2015 | Tcw Mr. Rios re Ladera treatment, progress on Plan, email copy of site map. (.3) | 0.30000 | 300.00 | 90.00 |
| Business Operations | 3/27/2015 | Tcw Mr. Stiplosek re proof of claim for member, offsites and engineering required for parcel 5. (.2) Email from Mr. Ferguson regarding estimated tax liability, return email. (.1) Second phone call with Mr. Stiplosek regarding his potential offer to purchase parcel 5 (.3) Two calls with Mr. Ferguson regarding tax issues, potential Stiplosek offer, employment of special counsel. (.6) Tcw Dave Meegan regarding employment of MH&K as special counsel. (.3) | 1.50000 | 300.00 | 450.00 |

**Total**

**Payments/Credits**

**Balance Due**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

Page 4

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A

Davis, CA 95616

Date: 7/31/2015

Invoice #: 111

**Bill To**

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #: 2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Asset Disposition | 3/30/2015 | Review emails and telephone call with Paul Stiplosek regarding linkage of parcel 5 sale and sales of parcels 8 and 9. (.3) Telephone calls with John Ferguson regarding conference call with Mr. Becker and counsel, review emails, discuss potential offer for parcel 5. (.4) | 0.70000 | 300.00 | 210.00 |
| Plan Statement | 3/31/2015 | Tcw Mr. Ferguson re sale of parcels 5, 8 and 9, payment of Engineering claims by Becker. (.5) | 0.50000 | 300.00 | 150.00 |
| Asset Disposition | 3/31/2015 | Phone call with Becker, Ferguson & Hoyuk re sale of parcel 9, advance of engineering fees, potential equity participation. (1.3) Follow up phone call with Mr. Ferguson. (.2) | 1.50000 | 300.00 | 450.00 |
| Asset Disposition | 4/1/2015 | Review offer for Parcel 5, emails to Mr. Ferguson, phone call to Mr. Reiff. (.5) | 0.50000 | 300.00 | 150.00 |
| Plan Statement | 4/2/2015 | Meet with John Ferguson regarding cash projections, potential loan/fee advance from Becker, filing plan and disclosure statement. (1.25) | 1.25000 | 300.00 | 375.00 |
| Asset Disposition | 4/3/2015 | Telephone conference with John Ferguson, Pat Huck and Tom Becker re sale of parcel 9, advance of engineering costs. Follow up call with Mr. Ferguson. (1.3) | 1.30000 | 300.00 | 390.00 |
| Plan Statement | 4/5/2015 | Edit disclosure statement and draft Plan. (2.0) | 2.00000 | 300.00 | 600.00 |
| Plan Statement | 4/7/2015 | Tcw Jake Rios regarding plan provisions, position of Ladera group regarding confirmation, potential objections. (.6) Tcw Mr. Ferguson regarding exhibits for disclosure statement, Rios comments. (.3) Review and edit Plan and Disclosure Statements incorporating Ferguson comments. (.75) | 1.65000 | 300.00 | 495.00 |
| Plan Statement | 4/8/2015 | Tcw Mr. Ferguson regarding Plan & Disclosure changes, Exhibits to Plan. (.4) Review Exhibit. (.1) Research re disclosure hearing date. (.2) Tcw Mr. Stiplosek regarding Plan & Disclosure, offer for Parcel 5, purchase of his position, futility of existence. (.4) | 1.10000 | 300.00 | 330.00 |
| Plan Statement | 4/9/2015 | Phone call with Mr. Ferguson regarding meeting with attorney for Rohrer trust. (.3) Research re procedure for shortening time to confirmation. (1.0) Begin drafting application for order shortening time. (.5) | 1.80000 | 300.00 | 540.00 |
| Plan Statement | 4/13/2015 | Prepare for telephone conference with Rohrer representative, precall with Mr. Ferguson, main phone call. (1.0) Phone call from Paul Stiplosek re Plan. (.1) | 1.10000 | 300.00 | 330.00 |

**Total**

**Payments/Credits**

**Balance Due**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date
7/31/2015

Invoice #
111

Bill To

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #
2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Plan Statement | 4/13/2015 | Draft ex parte application for order shortening time, declaration of John Ferguson. (1.0) Review and revise Plan and Disclosure Statement, efile. (.75) | 1.75000 | 300.00 | 525.00 |
| Plan Statement | 4/14/2015 | Review amended Ferguson declaration (.2) Draft order conditionally approving disclosure statement and setting hearings re: disclosure statement and plan confirmation, efile order and supporting pleadings. (.8) | 1.00000 | 300.00 | 300.00 |
| Case Administration | 4/15/2015 | Prepare for, travel to and attend first status conference. meet with Mr. Ferguson regarding dates for property sale motions, confirmation hearing. (2.2) | 2.20000 | 300.00 | 660.00 |
| Claims | 4/16/2015 | Phone call with Jerry Aplass regarding priority of Burrell Consulting mechanic lien claim. (.6) Email to Mr. Ferguson re: same. (.1) | 0.70000 | 300.00 | 210.00 |
| Asset Disposition | 4/19/2015 | Draft motion to approve Becker loan. (1.1) Research re: mechanic lien claim. (.6) | 1.70000 | 300.00 | 510.00 |
| Financing | 4/20/2015 | Email to Mr. Rios re Burrell mechanic lien claim. (.1) Review complaint. (.3) Tcw Mr. Ferguson regarding motion for priming lien, discussion of mechanic lien dates. (.3) Research re 364 borrowing. (.5) Drafting 364 motion, email to Mr. Ferguson. (.3) | 1.50000 | 300.00 | 450.00 |
| Asset Disposition | 4/20/2015 | Drafting 363 motion Parcel 8. (1.0) | 1.00000 | 300.00 | 300.00 |
| Asset Disposition | 4/21/2015 | Research re 363, 364 (.7) Conference call with Mr. Ferguson, Mr. Becker and Mr. Huycke. (.75) Telephone call with Mr. Ferguson regarding Huycke comments. (.25) Tcw Mr. Stiplosek regarding parcel 5, offer for entire project. (.2) | 1.90000 | 300.00 | 570.00 |
| Asset Disposition | 4/22/2015 | Tcw Mr. Ferguson regarding conference call set with Becker and Huycke. (.2) | 0.20000 | 300.00 | 60.00 |
| Plan Statement | 4/22/2015 | Phone call to Ms. Arnold re status of order shortening time for hearing on disclosure statement, left voice mail. (.1) | 0.10000 | 300.00 | 30.00 |
| Asset Disposition | 4/22/2015 | Conference call with Mr. Ferguson, Mr. Becker and Mr. Huycke. Discuss financing agreement, terms of sale of parcel 8. (8) Follow up call with Mr. Ferguson. (.1) | 0.90000 | 300.00 | 270.00 |

**Total**

**Payments/Credits**

**Balance Due**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date
7/31/2015

Invoice #
111

Bill To

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #
2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| Asset Disposition | 4/22/2015 | Review and revise motion for sale of Parcel 8 (.4) Review and revise motion for financing. (.3) Forward same to Mr. Ferguson. (.1) Review Purchase and Sale Agreement with KB Homes. (1.0) Email to Mr. Ferguson with questions re: PSA. (.2) Begin drafting motion for sale of Parcel 9. (.6) | 2.60000 | 300.00 | 780.00 |
| Plan Statement | 4/22/2015 | Phone call with Mr. Rios re status of disclosure statement hearing order, motions for sale of parcels 8 and 9, motion for relief from stay. (.2) | 0.20000 | 300.00 | 60.00 |
| Asset Disposition | 4/22/2015 | Continued drafting Motion to Sell Parcel 8. (.5) Email to Mr. Ferguson regarding SCIP financing assumed by KB Homes. (.1) | 0.60000 | 300.00 | 180.00 |
| Asset Disposition | 4/23/2015 | Drafting motion for sale of parcel 9. (.6) Review J. Ferguson email re: same, tcw Mr. Ferguson. (.3) Tcw Jerry Coffee regarding status of Parcel 8. (.2) Draft declaration of John Ferguson in support of sale of parcel 8. (.5) Review email from Mr. Huycke regarding loan terms, SCIP financing. (.2) Tcw Mr. Stiplosek re offer for Parcel 5. (.1) Tcw Mr. Bayless regarding sales commission, sale, arrange conference call. (.3) Review KB Agreement for Purchase and Sale. (1.0) Draft motion for sale of parcel 8. (.7) Prepare for and attend conference call with Ferguson, Bayless, Tierney, Thinglum of KB Homes re modifications to Purchase Agreement for Parcel 8. (.7) Review and revise Ferguson declaration for sale of parcel 9. (.7) Tcw Mr. Ferguson regarding his declaration, revision of Purchase and Sale Agt. (.3) Tcw Mr. Stiplosek regarding progress on sale of parcel 8 and 9, finalization of offer for parcel 5. (.2) | 4.20000 | 300.00 | 1,260.00 |

Total

Payments/Credits

Balance Due

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date
7/31/2015

Invoice #
111

Bill To

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #
2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Asset Disposition | 4/24/2015 | Tcw and email with Mr. Ferguson regarding adjustments to PSA for parcel 9. (.3) Draft and email Ferguson declaration in support of parcel 9. (.6) Review and revise motion for sale of parcel 9 (.5) Draft notice for sale of parcel 9 (.3) Review amended PSA from Pat Huycke for purchase of parcel 9. (.4) Email to Mr. Huycke for amended loan agreement. (.2) Email to Mr. Huycke regarding edits to PSA.(.2) Review amended PSA. (.3) Draft Ferguson declaration for sale of parcel 8. (.4) Draft motion and notice of motion for sale of parcel 8. (.4) Email Ferguson copy of declaration ISO sale of parcel 8 for review. (.1) Eserve pleadings for sale of parcel 9. (.2) Email Mr. Rios courtesy copy of motion for borrowing. (.2) | 3.40000 | 300.00 | 1,020.00 |
| Asset Disposition | 4/27/2015 | Tcw Mr. Stiplosek, (.2) review new PSA for Parcel 5. (.3). Review and edit revised PSA parcel 9. (.6) Review later PSA parcel 9 (.3), review another PSA parcel 9 (.2) Review Becker Capital loan documents and revisions. (.6) Review Becker, Ferguson and Huycke email re same. (.4) | 2.20000 | 300.00 | 660.00 |
| Asset Disposition | 4/28/2015 | Arrange for filing of RLC-5, review and edit. (.3) Tcw Mr. Ferguson re: same. (.2) Tcw Mr. Stiplosek re offer to purchase. (.3) | 0.80000 | 300.00 | 240.00 |
| Asset Disposition | 4/30/2015 | Draft and efile application for order shortening time, declaration and order for RLC-4 and RLC-5. (1.0) Tcw and email Mr. Ferguson re same. (.3) | 1.30000 | 300.00 | 390.00 |
| Asset Disposition | 5/1/2015 | Telephone call with Jake Rios re disclosure statement questions, required off sites for parcels 3 and 4. (.2) Tcw Hank Spacone regarding potential use as construction account escrow holder. (.3) Review KB Homes Purchase Agreement. (1.0) Draft edits, two phone calls with Mr. Ferguson regarding edits. (.4) Tcw Mr. Stiplosek re parcel 5 offer. (.2) | 2.10000 | 300.00 | 630.00 |
| Litigation | 5/1/2015 | Tcw non interested parties regarding potential conflicts if competing offers are tendered .6 (n/c) Review Perez and Berg. (1.0) | 1.00000 | 300.00 | 300.00 |

**Total**

**Payments/Credits**

**Balance Due**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date
7/31/2015

Invoice #
111

**Bill To**

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #

2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Asset Disposition | 5/2/2015 | Final Edits, review and change purchase agreement. (1.0) Review with Mr. Ferguson. (.4) Final edits to sale motion, declaration and notice. (.8) Review declaration with Mr. Ferguson. (.2) | 2.40000 | 300.00 | 720.00 |
| Asset Disposition | 5/4/2015 | Assemble exhibits (.2), review email from Mr. Ferguson, respond (.2), efile RLC-6) (.1) Draft email to Mr. Tierney re filing, redline sale agreement. (.3) | 0.60000 | 300.00 | 180.00 |
| Case Administration | 5/4/2015 | Tcw Mr Aplass regarding property interest in plans and other intellectual property, hearing on May 6. (.2) Tcw Jason Blumberg regarding questions on financing motion, email with copy of Burrell Construction contracts. (.7) Telephone call with John Ferguson regarding Burrell contracts. (.2) Review and respond to email from Pat Huycke regarding content of order approving financing agreement. (.6) Tcw Paul Stiplosek re parcel 5 purchase agreement, potential purchase offer for entire project. (.4) | 2.10000 | 300.00 | 630.00 |
| Plan Statement | 5/5/2015 | Tcw Mr. Rios re motion for relief from stay, motion for financing, sale motion, hearing dates for confirmation. Discovery for confirmation feasibility and valuation. (.7) | 0.70000 | 300.00 | 210.00 |
| Asset Disposition | 5/5/2015 | Tcw Mr. Stiplosek regarding parcel 5 PSA, injection of new capital, offer for entire project. (.3) | 0.30000 | 300.00 | 90.00 |
| Plan Statement | 5/6/2015 | Tcw Mr. Ferguson regarding representations made at time of Arcus loan, motion for priming loan. (.2) | 0.20000 | 300.00 | 60.00 |
| Financing | 5/6/2015 | Travel to and return from hearing on motion for financing, sale, status conference, disclosure statement. (1.0) Prepare for and attend hearing on motions for financing, sale and status conference. (1.6) Meet with Mr. Ferguson regarding status, plans. (.4) Begin reviewing Ladera appraisal. (.5) | 3.50000 | 300.00 | 1,050.00 |

**Total**

**Payments/Credits**

**Balance Due**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date
7/31/2015

Invoice #
111

**Bill To**

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #
2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Asset Disposition | 5/7/2015 | Tcw Paul Stiplosek regarding his review of appraisal from Ladera. (.2) Joint phone call Stiplosek and Ferguson re status of offers, thoughts on appraisal. (.4) Tcw appraiser re: value of recorded parcel map, email copies of both appraisals. (.3) Tcw Mr. Stiplosek re Parcel 9 appraisal. (.2) Email to Pat Huycke re Parcel 9. (.2) Tcw Mr. Rieff regarding comparable used in appraisal, Parcel 5. (.3) Tcw Jerry Aplass of Burrell consulting regarding state of sale, payment of claim, engineering estimates. (.2) Extended telephone call with appraiser regarding analysis of Weck appraisal, use of comparables. (1.0) Begin drafting supplemental pleadings.(.5) | 3.20000 | 300.00 | 960.00 |
| Financing | 5/8/2015 | Draft reply brief RLC-4. (1.5) Review 341 transcript. (.4) Tcw Mr. Ferguson regarding missing emails. (.3) Tcw Mr. Ferguson regarding Weck appraisal, property comps. (.4) Email to Mr. Becker re: email. (.1) Review Weck appraisal. (1.0) Review Ladeara motion for relief from stay in context of financing motion. (1.5) Email to Becker and Huycke. (.2) | 5.50000 | 300.00 | 1,650.00 |
| Financing | 5/9/2015 | Edit Becker declaration, reply brief. (.6) | 0.60000 | 300.00 | 180.00 |
| Asset Disposition | 5/9/2015 | Tcw Mr. Stiplosek regarding potential offer. (.4) | 0.40000 | 300.00 | 120.00 |
| Financing | 5/10/2015 | Complete reply brief. (1.3) Complete Becker declaration, email to Mr. Becker and counsel. (.8) | 2.10000 | 300.00 | 630.00 |
| Financing | 5/11/2015 | Review 341 transcript. (.4) Tcw Mr. Ferguson regarding commercial property comparables. (.3) Email to Mr. Becker regarding proposed declaration. (.1) Draft reply to Ladera opposition to financing, sale, etc... (2.5) | 3.30000 | 300.00 | 990.00 |
| Financing | 5/11/2015 | Email Mr. Rios copies of Reply Brief and Becker dec. (.1) Multiple phone calls with Mr. Ferguson regarding sources and uses, draft Ferguson declaration. (1.7) Final edits to reply brief, efile and arrange for service. (.3) Tcw Ken Freize regarding appearance at hearing, opposition to motion for relief from stay. (.2) Review offer for purchase of entire property.(.5) Two phone calls and email with Mr. Stiplosek. (.6) | 3.20000 | 300.00 | 960.00 |

**Total**

**Payments/Credits**

**Balance Due**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date: 7/31/2015

Invoice #: 111

**Bill To**

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #: 2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Financing | 5/12/2015 | Preparation for hearing on motion to approve post petition financing. (1.0) Travel to and return from hearing. (1.0) Attend hearing. (2.0) Tcw John Ferguson regarding results, alternatives. (1.0) | 5.00000 | 300.00 | 1,500.00 |
| Financing | 5/12/2015 | Tcw Paul Stiplosek re hearing results, potential purchase offer. (.2) | 0.20000 | 300.00 | 60.00 |
| Asset Disposition | 5/13/2015 | Tcw Paul Stiplosek regarding loan motion, offer for all assets. (.2) | 0.20000 | 300.00 | 60.00 |
| Financing | 5/13/2015 | Tcw Mr. Ferguson regarding amended offer to purchase property, phone calls with Mr. Newman and phone calls to Mr. Becker and Huycke. (.3) Research re: administrative priority lending. (.5) Tcw Mr. Ferguson and Mr. Newman re loan commitment letter, cost for letter. (.2) | 1.00000 | 300.00 | 300.00 |
| Case Administration | 5/13/2015 | Check on status of MOR, forward for filing. (.2) | 0.20000 | 300.00 | 60.00 |
| Plan Statement | 5/13/2015 | Tcw Mr. Rios re room for compromise, bulk sale of lots 8 and 9, incoming document request. (.3) Tcw with friendly appraiser re recommendations for appraiser to hire to rebut Weck appraisal. (.3) Tcw Paul Stiplosek regarding loan requirements. (.3) Tcw Mr. Ferguson and Mr. Bayless regarding telephone meeting with KB Homes set for Mary 14, KB Homes issues. (.3) Tcw Ferguson, Becker, Huycke regarding case status, joint purchase, loan for city fees and engineering work for final map recording. (.6) | 1.80000 | 300.00 | 540.00 |
| Asset Disposition | 5/15/2015 | Tcw Mr. Stiplosek regarding appraisal fees. (.1) Preparation for phone call with KB Homes. (.2) Tcw John Ferguson, email re KB Homes meeting. (.1) | 0.30000 | 300.00 | 90.00 |
| Litigation | 5/16/2015 | Email and telephone call with K. Sorenson regarding document production strategy, privilege log. (.25) | 0.25000 | 300.00 | 75.00 |
| Litigation | 5/16/2015 | Work on opposition to motion for relief. (.5) | 0.50000 | 300.00 | 150.00 |
| Litigation | 5/17/2015 | Draft opposition to motion for relief from stay. (.75) | 0.75000 | 0.00 | 0.00 |

**Total**

**Payments/Credits**

**Balance Due**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

Page 11

| | | | | | # Invoice |
|---|---|---|---|---|---|
| Reynolds Law Corporation | | | | | |
| 424 2nd Street, Ste A | | | | | Date |
| Davis, CA 95616 | | | | | 7/31/2015 |
| | | | | | Invoice # |
| | | | | | 111 |
| **Bill To** | | | | | |
| Capital Valley Partners, LLC | | | | | |
| 9381 E Stockton Blvd, Ste 200 | | | | | Our Reference # |
| Elk Grove, CA 95624 | | | | | 2015-07 |

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Asset Disposition | 5/18/2015 | Joint phone call with John Ferguson, Tom Becker and Pat Huycke re joint purchase offer, case status, loan for Burrell work. (.6) Tcw Mr. Ferguson regarding Becker call, document production. (.3) Draft opposition to motion for relief from stay. (1.8) Multiple phone calls with Mr. Ferguson regarding cost projections and valuations. (.3) Draft Ferguson declaration in support of opposition. (.6) Tcw Mr. Stiplosek re same, email draft to Mr. Stiplosek.(.1) Email to Mr. Ferguson, efile opposition and declaration. (.1) | 3.80000 | 300.00 | 1,140.00 |
| Asset Analysis | 5/20/2015 | Review email from Mr. Bayless re KB Homes. (.2) Tcw Mr. Ferguson regarding KB homes email. (.4) Tcw Mr. Bayless re KB Homes, other competing purchasers. (.3) Tcw Mr. Ferguson, Mr. Bayless regarding competing uses, value of Parcel 8, entire project. (.3) | 1.20000 | 300.00 | 360.00 |
| Case Administration | 5/21/2015 | Draft supplemental status conference statement. (.4) Tcw Mr. Rios re same. (.2) | 0.60000 | 300.00 | 180.00 |
| Relief from Stay | 5/21/2015 | Tcw Mr. Becker, Mr. Hucke and Mr. Ferguson. (.4) Draft Becker declaration, email to Becker and Huycke for review and signature, efile. (.6) Tcw Mr. Ferguson regarding call to Becker, various case options. (.4) Two phone calls with Mr. Stiplosek. (.6) | 2.00000 | 300.00 | 600.00 |
| Plan Statement | 5/22/2015 | Review current Plan. (.5) | 0.50000 | 300.00 | 150.00 |
| Relief from Stay | 5/26/2015 | Tcw Mr. Stiplosek regarding status of motion for relief from stay. (.3) Tcw Mr. Ken Freize regarding his opposition, efiling same. (.3) Telephone call with Mr. Ferguson regarding opposition to motion for relief, alternatives. (.7) Goto meeting with Mr. Ferguson, review spreadsheets, discuss alternative sales, lot size variation for Parcel 8. (1.2) Emails with Mr. Rios and Mr. Freize regarding hearing schedule for June 2. (.3) Phone calls re: same. (.2) | 3.00000 | 300.00 | 900.00 |
| Asset Disposition | 5/27/2015 | Draft motion for sale of parcel 5. (1.2) Review PSA. (.3) Draft supporting notice, declaration and exhibits. (1.3) Supervise eservice and efiling. (.2) | 3.00000 | 300.00 | 900.00 |
| Relief from Stay | 5/27/2015 | Draft Bayless declaration in opposition to motion for relief. (.6) Tcw Mr. Bayless regarding declaration, market conditions. (.6) | 1.20000 | 300.00 | 360.00 |

**Total**

**Payments/Credits**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

**Balance Due**

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date
7/31/2015

Invoice #
111

**Bill To**

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #
2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Plan Statement | 5/28/2015 | Draft First Amended Plan. (1.0) | 1.00000 | 300.00 | 300.00 |
| Asset Disposition | 5/28/2015 | Three phone calls with Mr. Stiplosek regarding potential Letter of Intent to purchase entire project. (1.2) | 1.20000 | 300.00 | 360.00 |
| Plan Statement | 5/29/2015 | Draft Disclosure Statement of First Amended Plan of Reorganization. (.8)  Two phone calls with Mr. Ferguson re: Plan and Disclosure Statement. (.3)  Obtain signatures and efile. (.2) | 1.30000 | 300.00 | 390.00 |
| Asset Disposition | 5/29/2015 | Review LOI from Mr. Stiplosek. (.5)  Three telephone call with Mr. Stiplosek regarding amendments, changing date of LOI, terms. (.8)  Tcw Mr. Ferguson re LOI, relationship to First Amended Plan. (.3) | 1.60000 | 300.00 | 480.00 |
| Relief from Stay | 5/29/2015 | Tcw Mr. Rios re supplemental pleadings, email same. (.3)  Draft ex parte application, declaration and order to consider supplemental pleadings. (1.9)  Tcw Mr. Ferguson regarding source and use, draft supplemental Ferguson declaration. (1.1) | 3.30000 | 300.00 | 990.00 |
| Asset Disposition | 6/1/2015 | Review revised offer to purchase from Stiplosek. (.1)  Tcw Mr. Stiplosek re: same, potential call with Ken Miller. (.2)  Tcw Mr. Stiplosek re: joint venture with Silverado Homes. (.2) | 0.50000 | 300.00 | 150.00 |
| Relief from Stay | 6/2/2015 | Travel to and return from hearing in Sacramento FWP-1.(1.0)  Prepare for hearing. (.5)  Attend hearing. (3.5)  Draft memo re hearing for Mr. Ferguson and Mr. Stiplosek. (1.0) | 6.00000 | 300.00 | 1,800.00 |
| Asset Disposition | 6/5/2015 | Tcw Paul Stiplosek re status of offer. (.1)  Review emails from Jake Rios re: demand for adequate protection. (.1)  Tcw Mr. Reiff re potential offer. (.2)  Email to Mr. Reiff re offsite cost estimates. (.2)  Email adequate protection demand to Stiplosek and Ferguson. (.1) | 0.70000 | 300.00 | 210.00 |
| Asset Disposition | 6/8/2015 | Tcw Mr. Stiplosek re potential offer to purchase. (.2) | 0.20000 | 300.00 | 60.00 |
| Asset Disposition | 6/15/2015 | Review John Ferguson disposition of funds spreadsheet. (.1)  Tcw Mr. Ferguson regarding potential offers, disposition of funds, timing of offers. (.7)  Tcw Mr. Stiplosek regarding potential offer. (.2)  Tcw Mr. Rios re: First Amended Plan. (.3) | 1.30000 | 300.00 | 390.00 |
| Litigation | 6/17/2015 | Review of document production, draft response, attempt to email sample. (1.2) | 1.20000 | 300.00 | 360.00 |

**Total**

**Payments/Credits**

**Balance Due**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date
7/31/2015

Invoice #
111

Bill To

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #

2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Asset Disposition | 6/17/2015 | Brief phone call with Mr. Stiplosek. (.1) | 0.10000 | 300.00 | 30.00 |
| Fee Applications | 6/24/2015 | Travel to and return from court for hearing on first interim fee application. (1.0) Appear on hearing on first interim fees. (.4) | 1.40000 | 300.00 | 420.00 |
| Asset Disposition | 6/25/2015 | Review PSA from Grantline 75 LLC. (1.2) Draft email with suggested changes. (.6) Telephone call with Ken Freize regarding case status. (.4) | 2.20000 | 300.00 | 660.00 |
| Asset Disposition | 6/25/2015 | Tcw Ken Frieze regarding case status, purchase offers. (.4) | 0.40000 | 300.00 | 120.00 |
| Asset Disposition | 6/26/2015 | Tcw Paul Stiplosek regarding purchase offer. (.3) Copy files, mail and post to file share for Mr. Stiplosek. (.8) Tcw Mr. Ferguson regarding status of potential offers. (.3) | 1.40000 | 300.00 | 420.00 |
| Asset Disposition | 7/6/2015 | Tcw Mr. Sneva regarding motion for relief, sale motion. (.3) Tcw Ken Frieze regarding motion for relief. (.2) Tcw Paul Stiplosek re sale motion, motion for relief from stay. (.3) Exchange emails with Mr. Rios re motion for sale of parcel 5. (.3) Draft and file notice of withdrawal of motion to sell Parcel 5. (.5) Tcw Mr. Ferguson regarding sale motion, motion for relief, potential overbidder. (.4) | 2.00000 | 300.00 | 600.00 |
| Case Administration | 7/7/2015 | Preparation for status conference, continued hearing on motion for relief from stay. (.5) | 0.50000 | 300.00 | 150.00 |
| Asset Disposition | 7/9/2015 | Email to Mr. Ferguson, copy of purchase & sale agreement. (.1) Tcw Mr. Stiplosek re changes to purchase and sale agreement. (.2) Extended phone call with Mr. Rios regarding his client's concerns with sale. (.4) Email to Mr. Stiplosek re: same. (.1) | 0.80000 | 300.00 | 240.00 |
| Asset Disposition | 7/14/2015 | Brief review of Ladera opposition to sale, email to Mr. Ferguson and Mr. Stiplosek. (.25) | 0.25000 | 300.00 | 75.00 |
| Asset Analysis | 7/15/2015 | Tcw Robert McCormick of Downey Brand regarding sale motion, procedure, liquidation in Chapter 11. (.3) Tcw Paul Stiplosek re revising PSA. (.2) | 0.50000 | 300.00 | 150.00 |
| Asset Disposition | 7/20/2015 | Review Mr. Stiplosek's draft revised PSA. (.2) Tcw Mr. Stiplosek. (.2) | 0.40000 | 300.00 | 120.00 |

**Total**

**Payments/Credits**

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time

**Balance Due**

# Invoice

Reynolds Law Corporation

424 2nd Street, Ste A
Davis, CA 95616

Date: 7/31/2015

Invoice #: 111

**Bill To**

Capital Valley Partners, LLC
9381 E Stockton Blvd, Ste 200
Elk Grove, CA 95624

Our Reference #: 2015-07

| Billing Code | Date of Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Asset Disposition | 7/21/2015 | Multiple phone calls and emails with Nelle Thompson regarding transfer of data files regarding due diligence. (1.5) Tcw Mr. Ferguson regarding whereabouts of Phase One environmental report. (.2) Phone calls with Mr. Stiplosek regarding Phase One, documents, due diligence period. (.5) Review Ladera supplemental reply brief. (.3) Tcw Ken Frieze regarding status of sale. (.2) | 2.70000 | 300.00 | 810.00 |
| Asset Disposition | 7/22/2015 | Tcw Mr. Rios regarding 40 to 60 day due diligence period. (.3) | 0.30000 | 300.00 | 90.00 |
| Case Administration | 7/27/2015 | Tcw Mr. Rios re potential sale order. (.3) | 0.30000 | 300.00 | 90.00 |
| Asset Disposition | 7/28/2015 | Prepare for hearing. (.5) Travel to hearing, two hearings same day. (.5) Attend hearing on sale motion, status conference, motion for relief from stay. (1.0) Email and telephone call with Mr. Rios, approve order, request trustee sale information. (.3) | 2.30000 | 300.00 | 690.00 |
| Asset Analysis | 7/29/2015 | Legal research regarding possible claims against Ladera. (1.5) Phone calls with potential counsel. (1.2) Tcw Mr. Stiplosek, email to Mr. Ferguson. (.4) | 3.10000 | 300.00 | 930.00 |
| Asset Analysis | 7/29/2015 | Continued analysis of claim against Ladera. (.4) Phone call with Mr. Ferguson. (.2) Joint phone call with Mr. Ferguson and Mr. Becker. (.4) | 1.00000 | 300.00 | 300.00 |
| Asset Analysis | 7/30/2015 | Tcw Mr. Kassenbrock re potential claims. (.3) Emails with Mr. Stiplosek. (.3) | 0.60000 | 300.00 | 180.00 |
| | | Subtotal | | | 62,285.00 |
| Filing fees | 4/29/2015 | Reimbursable Expense: Filing Fees - RLC 05 | | 176.00 | 176.00 |
| Filing fees | 5/4/2015 | Reimbursable Expense: Filing Fees - RLC 06 | | 176.00 | 176.00 |
| Filing fees | 6/3/2015 | Reimbursable Expense: Filing Fees - RLC 07 | | 176.00 | 176.00 |
| Filing fees | 7/2/2015 | Reimbursable Expense: Filing Fees - RLC 11 | | 176.00 | 176.00 |
| | | Subtotal | | | 704.00 |

**Total** $62,989.00

**Payments/Credits** -$34,111.00

**Balance Due** $28,878.00

Please Note - Invoice is provided for informational purposes only, and no payment is due at this time