6
Stephen M. Reynolds, CSB 148902
**Reynolds Law Corporation**
424 Second Street, Suite A
Davis, CA 95616
530 297 5030 Telephone
530 297 5077 Facsimile
sreynolds@lr-law.net  Email

Attorneys for Debtor
Capital Valley Partners, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Case No. | 2015-21031-C-11 |
| | ) | DCN: | RLC-13 |
| Capital Valley Partners, LLC, | ) | Date: | September 23, 2015 |
| | ) | Time: | 10:00 a.m. |
| Debtor | ) | Dept: | C |
| | ) | Courtroom: | 35, 6th floor |
| _____ | ) | Judge: | Klein |

**CERTIFICATE OF SERVICE**
**(LOCAL RULE 9014-1(e))**

I am a citizen of the United States of America, and am an employee in the County of Yolo. I am over the age of eighteen and not a party to the within action; my business address is 424 Second Street, Suite A, Davis, California 95616.

On August , 2015, I served the following:

    **RLC-13**    **Notice of Motion for Final compensation as Attorney for Debtor**

    **RLC-13**    **Motion for Final compensation as Attorney for Debtor**

    **RLC-13**    **Declaration of Stephen Reynolds ISO Motion for Final compensation as Attorney l for Debtor**

    **RLC-13**    **Exhibit ISO Motion for Final compensation as Attorney for Debtor**

via electronic mail to:

Office of the U.S. Trustee　　　　　　　　　　ustpregion17.sc.ecf@usdoj.gov
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Tracy Hope Davis　　　　　　　　　　　　　Jason.blumberg@usdoj.gov

Jason E. Rios　　　　　　　　　　　　　　e-mail: jrios@ffwplaw.com
FELDERSTEIN et al.
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Tel: (916) 329-7400
Fax: (916) 329-7435

On August 22, 2015, I also caused the following to be served utilizing an Approved Bankruptcy Notice Provider:

**RLC-7**　　　**Notice of Motion for Interim Allowance of Fees as Counsel for Debtor**

Please see the attached Certificate of Service.

I declare under penalty of perjury that the foregoing is true and correct,

Executed on August 24, 2015 at Davis, California.

　　　　　　　　　　　　　　　　　　　　/s/ Kathy Sorenson
　　　　　　　　　　　　　　　　　　　　Kathy Sorenson
　　　　　　　　　　　　　　　　　　　　Paralegal

Reynolds Law Corporation
Stephen M. Reynolds
424 Second Street Ste. A
Davis, CA  95616

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  Capital Valley Partners LLC | CASE NO: 15-21031-C-11 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 8/24/2015, I did cause a copy of the following documents, described below,

Notice of Motion for Final Compensation and Costs,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 8/24/2015

/s/ Stephen M. Reynolds
Stephen M. Reynolds  148902
Reynolds Law Corporation
424 Second Street Ste. A
Davis, CA  95616
530 297 5030
sreynolds@lr-law.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  Capital Valley Partners LLC | CASE NO: 15-21031-C-11 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 11<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 8/24/2015, a copy of the following documents, described below,

Notice of Motion for Final Compensation and Costs,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/24/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Reynolds Law Corporation
Stephen M. Reynolds
424 Second Street Ste. A
Davis, CA  95616

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
0972-2
CASE 15-21031
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO
MON AUG 24 08-49-10 PDT 2015

BURRELL CONSULTANT GROUP INC
1001 ENTERPRISE WAY SUITE 100
ROSEVILLE CA 95678-3016

COUNTY OF SACRAMENTO
PO BOX 1587
SACRAMENTO CA 95812-1587

DOWNEY BRAND ATTORNEYS LLP
621 CAPITOL MALL 18TH FLOOR
SACRAMENTO CA 95814-4731

INTERNAL REVENUE SERVICES
P O BOX 7346
PHILADELPHIA PA 19101-7346

NICOLE M BRADLEY
C O KENNETH W FRIEZE ATTORNEY AT LAW
3117 DEWIGHT RD SUITE 300
ELK GROVE CA 95758-6475

A P THOMAS CONSTRUCTION INC
PAUL THOMAS
2330 BUTANO DRIVE
SACRAMENTO CA 95825-0604

ANKROM MOISAN ARCHITECTS
6720 SW MACADAM
PORTLAND OR 97219-2368

ARCUS SECURED LOAN FUND LLC
4915 E BASELINE RD SUITE 105
GILBERT AZ 85234-2966

JASON M. BLUMBERG
501 I ST #7-500
SACRAMENTO CA 95814-7304

BROWN FINK BOYCE ASTLE
83 SCRIPPS DRIVE STE 210
SACRAMENTO CA 95825-6383

BROWN FINK BOYCE & ASTLE LLP (BFBA
83 SCRIPPS DRIVE SUITE 210
SACRAMENTO CA 95825-6383

CT CORPORATION
WALNUT CREEK CORPORATE TEAM 1
1350 TREAT BLVD STE 350
WALNUT CREEK CA 94597-2151

*DEBTOR*

CAPITAL VALLEY PARTNERS LLC
9381 E. STOCKTON BLVD. STE. 200
ELK GROVE CA 95624-5070

CITY OF ELK GROVE
8401 LAGUNA PALMS WAY
ELK GROVE CA 95758-8045

ELSIE ROHRER
C O KENNETH W FRIEZE ATTORNEY AT LAW
3117 DWIGHT RD SUITE 300
ELK GROVE CA 95758-6475

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A-340
P O BOX 2952
SACRAMENTO CA 95812-2952

KENNETH W. FRIEZE
9915 GRANT LINE RD
ELK GROVE CA 95624-1411

GALLINA CPA
2870 GOLD TRAILLINGS COURT 200
RANCHO CORDOVA CA 95670-6106

HUYCKE OCONNER JARCIS LLP
823 ALDER CREEK DRIVE
MEDFORD OR 97504-8900

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTEGRA REALTY RESOURCES
1708 Q STREET
SACRAMENTO CA 95811-6717

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7317
PHILADELPHIA PA 19101-7317

JOHN FERGUSON
14609 GUADALUPE DR
RANCHO MURIETA CA 95683-9465

LADERA TRIANGLE POINT LLC
16475 BORDEAUX DRIVE
RENO NV 89511-9001

LADERA TRIANGLE POINT LLC
CO JASON E. RIOS
400 CAPITOL MALL #1750
SACRAMENTO CA 95814-4432

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PATRICIA H. LYON
1990 N. CALIFORNIA BLVD. SUITE 300
WALNUT CREEK CA 94596-3788

MARY J ROHRER
C O KENNETH W FRIEZE ATTORNEY AT LAW
3117 DWIGHT RD SUITE 300
ELK GROVE CA 95758-6475

NICOLE M ROHRER
C O KENNETH W FRIEZE ATTORNEY AT LAW
3117 DWIGHT RD SUITE 300
ELK GROVE CA 95758-6475

NORTH AMERICAN SENIOR LIVING LLC
1175 EAST MAIN STREET SUITE 2B
MEDFORD OR 97504-7457

OFFICE OF THE U.S. TRUSTEE
ROBERT T MATSUI UNITED STATES COURTHOUSE
501 I STREET ROOM 7-500
SACRAMENTO CA 95814-7304

STEPHEN M. REYNOLDS
424 2ND ST #A
DAVIS CA 95616-4675

JASON E. RIOS
400 CAPITOL MALL SUITE #1750
SACRAMENTO CA 95814-4432

ROSE MARIE ROHRER TRUST
C O KENNETH W FRIEZE ATTORNEY AT LAW
3117 DWIGHT RD SUITE 300
ELK GROVE CA 95758-6475

SACRAMENTO COUNTY TAX COLLECTOR
P O BOX 508
SACRAMENTO CA 95812-0508

SHARON A ROHRER
C O KENNETH W FRIEZE ATTORNEY AT LAW
3117 DWIGHT RD SUITE 300
ELK GROVE CA 95758-6475

SHAUN C ROHRER
C O KENNETH W FRIEZE ATTORNEY AT LAW
3117 DWIGHT RD SUITE 300
ELK GROVE CA 95758-6475

TOM SNEVA
3301 E VALLEY VISTA
PARADISE VALLEY AZ 85253-3739

SYCAMORE ENVIRONMENTAL CONSULTANTS INC
6355 RIVERSIDE BLVD SUITE C
SACRAMENTO CA 95831-1143

VALLEY UTILITY SERVICES
1779 TRIBUTE ROAD SUITE B
SACRAMENTO CA 95815-4406

YAMASAKI LANDSCAPE ARCHITECTURE
1223 HIGHT STREET
AUBURN CA 95603-5017

YOUNGDAHL CONSULTING GROUP INC
1234 GLENHAVEN COURT
EL DORADO HILLS CA 95762-5709